

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Fredinand Uzodima Anyanwu, Appellant | Appeal from the 213th District Court of Tarrant County, Texas (Tr. Ct. No. 1734608).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens. |
| No. 06-25-00018-CR         v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Fredinand Uzodima Anyanwu, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 16, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk